**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-21255 |
| 2601 ASSOCIATES, LLC, | ) | Hon. John H. Squires |
| | ) | Hearing Date: Thurs. 08/12/10 |
| Debtor. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

To:    See Attached Service List

    **PLEASE TAKE NOTICE** that on **Thursday, August 12, 2010** at **9:30 a.m.** or as soon thereafter as may be possible, we shall appear before the Honorable John H. Squires or any other Judge sitting in his stead, in **courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authorization to Pay Final Compensation and Expenses to Trustee's Accountants,** a copy of which is hereby served on you.

                                        Norman B. Newman, Trustee for 2601 Associates, LLC


                    By:    /s/Jeffrey L. Gansberg
                            One of his attorneys


Norman B. Newman ARDC No. 02045427
Jeffrey L. Gansberg ARDC No. 06242943
**MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

    I, Jeffrey L. Gansberg, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois on July 12, 2010.


                                      /s/Jeffrey L. Gansberg

## SERVICE LIST FOR 2601 ASSOCIATES, LLC

William T. Neary
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

2601 Associates, LLC
4825 S. LeClaire
Chicago, IL 60638

Thomas W. Drexler
Law Office of Thomas W. Drexler
77 W. Washington Street
Suite 1910
Chicago, IL 60602

Jay L. Switzer, Jr.
Jean Soh
Polsinellis Shughart, P.C.
180 N. Stetson Avenue, Suite 4525
Chicago, IL 60601

Michelle G. Novick
Arnstein & Lehr
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

Brian Schaer
141 W. Jackson, Suite 1901
Chicago, IL 60604

Susan Tjarksen
Managing Partner
Stabilized Asset Resources, LLC
4950 S. Chicago Beach Drive, Suite 19A
Chicago, IL 60615

Nicholas Dizonno
Serpe, Dizonno & Associates, Ltd.
One Pierce Place, Suite 150C
Itasca, IL 60143

The Behar Law Firm
17501 Biscayne Blvd.
Suite 460
Aventura, FL 33160

Broadway Bank
5960 N. Broadway
Chicago, IL 60660

Siegfried Rivera Lerner De La Torre
8211 W. Broward Blvd.
Suite 250
Plantation, FL 33324

Demitri Stavropoulos
7039 W. Roosevelt
Berwyn, IL 60402

Michael C. Giorango
4825 S. LeClaire
Chicago, IL 60638

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-21255 |
| 2601 ASSOCIATES, LLC, | ) | Hon. John H. Squires |
| | ) | Hearing Date: Thurs., 8/12/10 |
| Debtor. | ) | at 9:30 a.m. |

**APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL**
**COMPENSATION AND EXPENSES TO TRUSTEE'S ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Charles R. Cohen and Miller Cooper & Co., Ltd. ("Miller Cooper"), the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  In support of his motion, the Trustee respectfully states as follows:

1.     On June 11, 2009, 2601 Associates LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.     On September 29, 2009, an Order was entered converting this case from Chapter 11 to a case under Chapter 7.  The Trustee was subsequently appointed interim Trustee, qualified and continues to serve as Trustee in this case.

3.     On December 3, 2009, the Trustee filed a motion to sell the real property which was the subject of the pending bankruptcy case – the Lorraine Hotel in Florida.

4.     On or about December 15, 2009, this Court approved the sale of the Lorraine Hotel.

5.     As a result of the sale of the Lorraine Hotel, the Debtor's estate was an estate with assets.  Therefore, the Trustee was required to file tax returns.

6. On or about March 2, 2010, the Trustee filed his motion to retain Miller Cooper as his accountants in this case.

7. The application was granted by Order dated March 11, 2010. The order approved the retention of Miller Cooper retroactive to January 5, 2010. A copy of the order employing Miller Cooper is attached hereto as Exhibit A.

8. Based on the time value of the services rendered, Miller Cooper is entitled to receive final compensation in the amount of $7,045.25 for services rendered and $420.00 in expenses for the period from December 8, 2009 through April 15, 2010. Miller Cooper is holding a retainer in the amount of $2,500 to be applied against this amount, leaving $4,965.25 outstanding after the application of the retainer.

9. Other than as permitted under Section 504 of the Bankruptcy Code, Miller Cooper has no agreement with any other person or firm with regard to its compensation in this case.

10. During the period December 8, 2009 through April 15, 2010, Miller Cooper's accountants provided 29.30 hours of accounting services on behalf of the Trustee. A summary and a chronological statement of services rendered and expenses incurred during the time period covered by this application is attached hereto as Exhibit "B".

11. The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992). At all relevant times, Miller Cooper has taken care to avoid duplication of services.

2

12. At all times relevant hereto, Miller Cooper has provided accounting services in the most efficient and cost effective manner. The services rendered provided a benefit to the Trustee and to the creditors of this estate.

13. Miller Cooper expended 29.30 hours of services assisting the Trustee in reviewing the Debtor's financial information and prior tax returns; compiled data and prepared federal tax returns and Form K-1 documents for the 2009 tax year and communicated with Trustee regarding tax liability owed to federal agencies and related to the preparation of the Form K-1s. The individuals involved in this activity and the time expended by them are as follows:

| Accountant | Hours Expended | Total |
| --- | --- | --- |
| Charles Cohen | 4.50 hrs. | $1,561.50 |
| Dan Edelson | 11.30 hrs | $1,638.50 |
| Amanda Fox | .50 hrs. | $80.50 |
| Avrum Katz | 1.25 hrs | $520.00 |
| Courtney Nyren | .25 hrs | $33.25 |
| Michael Radin | 7.50 hrs | $2,602.50 |
| Cathy Rizzo | .5 hrs | $66.50 |
| Alyssa Stoltzner | 3.50 hrs | $542.50 |
| | | |
| **TOTAL:** | **29.30 hrs.** | **$7,045.25** |

**WHEREFORE**, The Trustee respectfully prays that this Court enter an Order as follows:

1. Awarding Charles R. Cohen and Miller Cooper & Co., Ltd. final compensation in the amount of $7,045.25 for services rendered from December 8, 2009 through April 15, 2010 and $420.00 in expenses for that same period;

2. Authorizing the Trustee to pay same forthwith as a Chapter 7 expense of administration of this estate;

3. Authorizing Charles R. Cohen and Miller Cooper & Co., Ltd. to apply the retainer that they are holding against the amounts due and owing; and

3

4. Granting such other and further relief as this Court deems appropriate.

> Respectfully submitted,
>
> Norman B. Newman, Chapter 7 Trustee
> for 2601 Associates, LLC
>
> By: /s/Jeffrey L. Gansberg
> One of His Attorneys

Norman B. Newman (Atty. ID# 02045427)
Jeffrey L. Gansberg (Atty. ID#06242943
**Much Shelist Denenberg Ament
 & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000