IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| 2601 ASSOCIATES, LLC | ) | CASE NO. 09-21255 |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE JOHN H. SQUIRES,
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,604.48 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $38,544.77. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $     1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $     3,354.48 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $        0.00 | ($47,500.00 max.) |
| 3% of balance | $        0.00 | |
| TOTAL COMPENSATION | $     4,604.48 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                      $_____0.00

      The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: June 20, 2011                        /s/ Norman B. Newman
                                                  NORMAN NEWMAN, Trustee
                                                  MUCH SHELIST
                                                  191 N. WACKER DRIVE
                                                  SUITE 1800
                                                  CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

2601 Associates LLC of Chicago, IL
c/o Norman B. Newman
191 N Wacker Dr
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **05/31/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008138.0009**

09 - Trustee Matters

**FEES THROUGH APRIL 30, 2011**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/01/09 | NBN | Review schedules and SOFA (.40); review operating reports (.50). | 0.90 |
| 10/09/09 | NBN | Review information regarding Lorraine Hotel. | 0.70 |
| 10/27/09 | NBN | Review correspondence from and telephone conference with S. Tjarksen regarding status of offers on Hotel (.2); review August and September 2009 P & L's from operations (.2). | 0.40 |
| 10/28/09 | NBN | Review offer to purchase first mortgage loan. | 0.20 |
| 11/09/09 | NBN | Telephone conference with attorney for ex-wife of Debtor's principal regarding support issue (.20); review 2007 and 2008 partnership tax returns (.30). | 0.50 |
| 11/17/09 | NBN | Telephone conference with S. Tjarksen regarding status of offers on hotel and analyzed cost of closing. | 0.60 |
| 12/18/09 | NBN | Correspondences with title company representative and JP Morgan Chase regarding wire transfer of funds (.60); prepare asset notice (.20); review final documents; review final closing statement, payoff letters and telephone call with S. Tjarksen regarding same (1.10). | 1.90 |
| 12/28/09 | NBN | Review claims bar date notice (.20); correspondences with M. Novick regarding funds available (.20). | 0.40 |
| 01/05/10 | NBN | Review wire funds receipt confirmation from JP Morgan Chase. | 0.20 |
| 01/11/10 | NBN | Telephone conference with G. Silver regarding release of Broadway Bank mortgage received (.20); review previous tax returns and 2009 revenue information for tax returns (.50). | 0.70 |
| 01/13/10 | NBN | Review original recorded Broadway Bank's mortgage releases. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

2601 Associates LLC of Chicago, IL
c/o Norman B. Newman
191 N Wacker Dr
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **05/31/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008138.0009**

09 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/01/10 | NBN | Review closing statement and Receiver's report for meeting with accountant. | 0.50 |
| 02/03/10 | NBN | Meet with C. Cohen and M. Radin on 2/2 regarding background information as to sale of hotel and tax returns to be filed (.90); correspondences with M. Radin regarding case number and related information (.20). | 1.10 |
| 02/08/10 | NBN | Correspondences with S. Tjarksen and M. Radin regarding financial information needed for tax returns. | 0.50 |
| 02/16/10 | NBN | Review Chapter 11 monthly reports and correspondences with S. Tjarksen regarding information needed for tax returns. | 1.20 |
| 02/17/10 | NBN | Correspondences with S. Tjarksen regarding bank statements and receiver reports. | 0.30 |
| 02/18/10 | NBN | Telephone conference with Brenda of S. Tjarksen's office regarding bank statements. | 0.20 |
| 02/19/10 | NBN | Correspondences with B. Cuellar regarding bank statements (.20); telephone call with C. Cohen regarding accountant engagement letter (.20). | 0.40 |
| 02/24/10 | NBN | Review 2009 bank statements (.30) and telephone call with C. Cohen regarding same (.20). | 0.50 |
| 03/03/10 | NBN | Telephone conference with R. Ertel and correspondences with attorney regarding payment for personal property. | 0.30 |
| 03/09/10 | NBN | Correspondence with M. Radin re: additional financial information needed (.2); review June through September 2009 receipts and disbursements (.3). | 0.50 |
| 03/10/10 | NBN | Correspondence with S. Tjarksen re: HUD Statement. | 0.20 |
| 03/12/10 | NBN | Review order authorizing employment of Miller Cooper (.2); correspondence with attorney for L. Salazar re: lawsuit (.2). | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000　F 312.521.2100
FEIN 36-2757501

2601 Associates LLC of Chicago, IL
c/o Norman B. Newman
191 N Wacker Dr
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **05/31/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008138.0009**

09 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 03/15/10 | NBN | Telephone conference with S. Tjarksen regarding Lazaro lawsuit (.20); Telephone conference with M. Radin regarding receipts and disbursements information (.20). | 0.40 |
| 03/24/10 | NBN | Review claims filed. | 0.30 |
| 03/29/10 | NBN | Review claims of City of Miami Beach, DuMore Supplies, Miami Dade County tax collector, Florida Dept. of Revenue and PPTS, LLC. | 0.50 |
| 04/01/10 | NBN | Telephone conference with M. Radin regarding loan payoffs and tax issues. | 0.30 |
| 04/02/10 | NBN | Telephone conference with M. Radin regarding tax return issues. | 0.20 |
| 04/06/10 | NBN | Correspondences with M. Radin regarding finalizing tax return. | 0.20 |
| 04/13/10 | NBN | Correspondences with M. Radin regarding tax returns. | 0.20 |
| 06/21/10 | NBN | Review IRS response to request for prompt determination. | 0.20 |
| 08/13/10 | NBN | Review supplement to Miller Cooper fee application. | 0.20 |
| | | **Total Hours** | **15.30** |