UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | **Case No. 09-21255** |
| **2601 ASSOCIATES, LLC,** | ) | **Hon. John H. Squires** |
| | ) | |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE'S ATTORNEY FOR THE ALLOWANCE
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), through Norman B. Newman, one of its attorneys and the Trustee herein (the "Trustee"), moves this Court for the allowance of final compensation and reimbursement of expenses under Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for services rendered during the period January 5, 2010 through December 27, 2010. In support of its application, Much Shelist respectfully states as follows:

1. On June 11, 2009, 2601 Associates, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On September 29, 2009, an Order was entered converting this case from Chapter 11 to a case under Chapter 7. The Trustee was subsequently appointed interim Trustee, qualified and continues to serve as Trustee in this case.

3. On October 13, 2009, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. On February 18, 2010, Much Shelist was awarded interim compensation in the amount of $27,845.50 plus reimbursement of out-of-pocket expenses in the amount of $175.75 for services rendered as attorneys for the Trustee during the period October 2, 2009 through December 30, 2009

4. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case.

5. Much Shelist is entitled to receive final compensation in the amount of $10,047.50 plus reimbursement of out-of-pocket expenses in the amount of $93.90 for services rendered during the period January 5, 2010 through December 27, 2010. Much Shelist recognizes that the Trustee is holding insufficient funds to pay the amount requested in full.

6. Much Shelist provided 19.30 hours of services on behalf of the Trustee during the time period cover by this application. The following is a summary of the time expended by individual, during the time period covered by this application.

| Attorney | Time Expended | Hourly Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 14.00 hrs. | $516.50/hr.* | $7,980.00 |
| Colleen E. McManus | 1.60 hrs. | $425.00/hr. | 680.00 |
| Jeffrey L. Gansberg | 3.70 hrs. | $375.00/hr. | 1,387.50 |
|  |  |  |  |
| **TOTAL** | **19.30 hrs.** |  | **$10,047.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7. Attached hereto and made a part hereof is Exhibit "A" is a Statement of Services rendered during the period January 5, 2010 through December 27, 2010. The services rendered are listed chronologically and are listed by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8. At all times relevant, Much Shelist has taken care to avoid duplication of services. In those instances when more than one Much Shelist attorney or paralegal was involved in a

2

particular matter or telephone conference, joint participation was necessary based on the matter at hand, the continuity of the representation or the expertise of the individuals involved.

9. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10. The Debtor's primary assets consisted of the real estate and personal property located at 2601 Collins Avenue, Miami Beach, Florida, commonly known as the Lorraine Hotel (the "Hotel"). The Court entered an Order on December 15, 2009, authorizing the Trustee to sell the Hotel for the sum of $5.95 million dollars. After payment of real estate taxes and mortgages, the Trustee received $40,000.00 for the benefit of this estate. The $40,000.00 was used to pay costs of administration expenses of the estate.

11. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **General Administrative (Tab No. 1):** Much Shelist expended 1.20 hours handling General Administrative matters. Attorneys for the Trustee spent time communicating with attorneys for the Debtor and the Hotel receiver regarding a wrongful discharge lawsuit brought by a former employee of the Hotel. Much Shelist was also engaged in written and telephonic communication with the Trustee's accountant regarding his expense calculation on his final fee application.

The individual who provided services in connection with this matter and the time expended by her is as follows:

| Attorney | Time Expended | Hourly Rate | Total |
|---|---|---|---|
| Colleen E. McManus | 1.20 hrs. | $463.64/hr.* | $510.00 |
|  |  |  |  |

3

| | | | |
|---|---|---|---|
| **TOTAL:** | **1.20 hrs.** | | **$510.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

**B.     Retention of Professionals (Tab No. 2):** Much Shelist provided 4.00 hours preparing pleadings and appearing in Court in connection with the retention of Miller Cooper as accountants for the Trustee and engaged in telephonic communications with the accountant regarding an affidavit of disinterestedness.

The Much Shelist attorneys who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Time Expended | Hourly Rate | Total |
|---|---|---|---|
| Norman B. Newman | 2.0 hrs. | $570.00/hr. | $1,140.00 |
| Jeffrey L. Gansberg | 2.0 hrs. | $375.00/hr. | 750.00 |
| | | | |
| **TOTAL:** | **4.00 hrs.** | | **$1,890.00** |

**C.     Tax Issues (Tab No. 3):** A total of 1.30 hours of time was spent corresponding with the Trustee's accountant regarding the preparation of final tax returns and a possible tax refund; counsel also reviewed the final returns and prepared a letter to taxing authorities requesting a prompt determination..

The individual who provided services in connection with this matter and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.30 hrs. | $570.00/hr. | $741.00 |
| | | | |
| **TOTAL:** | **1.30 hrs.** | | **$741.00** |

**D.     Fee Related Matters (Tab 4):** A total of 12.80 hours of time was expended by Much Shelist with regard to the preparation, filing and appearing in Court on the hearing on

4

Much Shelist's interim fee petition, the first and final fee application for Trustee's accountant, as well as this final fee application.

The professionals who provided service in this category and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 10.70 hrs. | $570.00/hr. | $6,099.00 |
| Colleen E. McManus | .40 hrs. | $375.00/hr. | 170.00 |
| Jeffrey L. Gansberg | 1.70 hrs. | $330.00/hr. | 637.50 |
|  |  |  |  |
| **TOTAL:** | **12.80 hrs.** |  | **$6,906.50** |

12.  Much Shelist incurred out-of-pocket expenses in the amount of $93.90 during the time period covered by this application. A summary of the disbursements as well as a detailed printout is attached hereto as Exhibit "B". Photocopies are charged at the rate of 10¢ per page. Facsimile transmissions are billed at the rate of $1.00 per page, incoming and outgoing. Much Shelist respectfully asserts that said expenses were reasonable and necessary expenses incurred in its representation of Trustee.

**WHEREFORE**, Much Shelist respectfully prays that this Court enter an Order:

1.  Awarding Much Shelist final compensation in the amount of $10,047.50 and reimbursement of out-of-pocket expenses in the amount $93.90 for services rendered during the period January 5, 2010 through December 27, 2010;

2.  Authorizing the Trustee to pay the amounts awarded forthwith as a Chapter 7 administrative expense of this estate; and

3.  For such other and further relief as this Court deems appropriate.

Respectfully submitted,

/s/ Norman B. Newman

5

                                            Norman B. Newman, Trustee in Bankruptcy
                                            for 2601 Associates, LLC

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000