# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 09-21255 |
|---|---|---|
| 2601 ASSOCIATES, LLC | § | |
| | § | Judge John H. Squires |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/23/2011 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/20/2011   By:   /s/NORMAN NEWMAN
                                 Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NORTHERN DISTRICT, EASTERN DIVISION

In re: 2601 ASSOCIATES, LLC § Case No. 09-21255
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 38,544.79 |
| and approved disbursements of | $ 35,498.85 |
| leaving a balance on hand of [1] | $ 3,045.94 |
| **Balance on hand:** | $ 3,045.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,045.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - Much Shelist, et.al. | 37,893.00 | 27,845.50 | 2,952.04 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 269.65 | 175.75 | 93.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,045.94 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $    0.00
Remaining balance:   $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,165.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dumore Supplies Inc. | 476.28 | 0.00 | 0.00 |
| 3U | Florida Department of Revenue | 1,689.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 09-21255-JHS
2601 Associates LLC                                                 Chapter 7
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 2              Date Rcvd: Jul 21, 2011
                              Form ID: pdf006             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
db          +2601 Associates LLC,    4825 S. LeClaire,    Chicago, IL 60638-2136
aty         +Colleen E McManus,    Carlson Dash, LLC,    216 S. Jefferson,    Suite 504,    Chicago, IL 60661-5698
aty         +Jeffrey L. Gansberg,    Much Shelist,    191 N. Wacker Drive, Suite 1800,    Chicago, IL 60606-1631
aty         +Thomas W Drexler,    Law Office of Thomas W Drexler,    77 W Washington,    Suite 1910,
              Chicago, IL 60602-3176
tr          +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1631
14256002    +AAA Northern New England,    PO Box 3544,    Portland, ME 04104-3544
14256003    +AAA Northern New England,    68 Marginal Way,    Portland, ME 04101-2496
14256004    +AMS,   c/o JC Decaux Airport Inc,    3 Park Ave 33rd Fl,    New York, NY 10016-5902
14256006    +Aspen Pupblishers Inc,    4829 Innovation Way,    Chicago, IL 60682-0048
14256007    +Atlanta Texile Distribution,    PO Box 353,    Alpharetta, GA 30009-0353
14256008    +Booking.com,   C/O ABC Amega Inc,    1100 Main St,    Buffalo, NY 14209-2308
14034515     Brian Schaer,    141 W Jackson, S. 1901 A,    Chicago, IL 60604
14034516    +Broadway Bank,    5960 N. Broadway,    Chicago, IL 60660-3587
14256051    +CRS,   PO Box 941289,    Maitland, FL 32794-1289
14256009    +City of Miami Beach,    1700 Convention Center Dr,    Miami Beach, FL 33139-1824
14256010    +City of Miami Beach,    PO Box 116649,    Atlanta, GA 30368-6649
14256011    +City of Miami Beach / Resort Tax,    1700 COnvention Center Dr,    Miami Beach, FL 33139-1824
14256012    +Coastal Facility Product Corporation,    PO Box 3873,    Holiday, FL 34692-0873
14256050    +Commtrak,   17493 Nassau Commons,    Lewes, DE 19958-6283
14034517    +Demitri Stavropoulos,    7039 W. Roosevelt,    Berwyn, IL 60402-1059
14256052    +Dumore Supplies Inc,    PO Box 16200,    2525 S Wabash Ave,    Chicago, IL 60616-2308
14256056     Flordia Power and light Company,    General Mail Facility,    Miami, FL 33188-0001
14338216     Florida Department of Revenue,    Post Office Box 6668,    Tallahassee, Florida 32314-6668
14256057    +Greater Miami Convention & Visitor Bureau,    701 Brickell Ave Ste 2700,    Miami, FL 33131-2821
14256058    +HRS-Hotel reservation Service,    PO Box 635960,    Cincinnati, OH 45263-5960
14034518    +Jerry L Switzer,    Pulsinelli Shughart PC,    180 N. Stetson, Suite 4525,    Chicago, IL 60601-6733
14256059    +Loyalty Travel Agenecy,    Attn: Accounting,    9300 W Overland Rd Ste 230,    Boise, IS 83709-8231
14256060    +Miami Beach CHambers of Commerce,    1920 Meridian Ave,    Miami Beach,FL 33139-1899
14256061    +Miami-Dade County Tax Collector Unit,    140 West Flagler Street, Ste 1403,    Miami, FL 33130-1561
14034519    +Michael C Giorango,    4825 S LeClaire,    Chicago, IL 60638-2136
14256062    +Montrose Travel,    2355 Honolulu Ave,    Montrose, CA 91020-2500
14256064    +Neutron Industries,    7107 N Black Canyon Highway,    Phoenix, AZ 85021-7661
14256063    +Neutron Industries,    PO Box 74189,    Cleveland, OH 44194-0268
14346321    +PPTS 1 LLC,   C/O Plymouth Park Tax Services LLC,    115 S. Jefferson Road, Bldg. D-1,
              Whippany, NJ 07981-1029
14256066     Pegasus Plaza,    14000 N Plaza Rd Ste 100,    Scottsdale, AZ 85260
14256065    +Pegasus Solutions,    PO Box 910727,    Dallas, TX 75391-0727
14256067    +Quill,   PO Box 37600,    Philadelphia, PA 19101-0600
14256005    +Rosenfeld Stein Batta-Allan Stein,    11900 Biscayne Blvd Ste 505,    Miami, FL 33181-2749
14034520    +Siegfried, Rivera, Lerner, De La Torre,    8211 W Broward Blvd,    Suite 250,
              Plantation, FL 33324-2726
14256068     State Flordia,    Department of Revenue,    5050 West Tenessee St,    Tallahassee, FL 32399-0100
14034521    +The Behar Law Firm,    17501 Biscayne Blvd,    Suite 460,    Aventura, FL 33160-4806
14034514    +Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
14256069     Travel Now.com,    4319 S National #108,    Springfield, IL 65810-2607
14256070    +Weathertrol Maintenance Corp,    7250 NE 4th Ave,    Miami, FL 33138-5335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14256055      E-mail/Text: bankruptcynotices@ecolab.com Jul 21 2011 19:11:46      Ecolab,   PO Box 905327,
               Charlotte, NC 28290-5327
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14256054      Easyres.com,    Volksbank Bonn-stein-Sieg-Eg,    Bic Geonoded1BRS,    Iban, DE
14034513*    +2601 Associates LLC,    4825 S LeClaire,   Chicago, IL 60638-2136
14256053    ##+Earthlink Inc,    PO Box 6452,    Carol Stream, IL 60197-6452
                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: csimmons              Page 2 of 2            Date Rcvd: Jul 21, 2011
                              Form ID: pdf006             Total Noticed: 45

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                              **Signature:**   _Joseph Speetjens_