# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DISTRICT, EASTERN DIVISION

In re: 2601 ASSOCIATES, LLC                     §   Case No. 09-21255
                                                §
                                                §
Debtor(s)                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00        Claims Discharged
                                              Without Payment: $2,165.96

Total Expenses of Administration: $38,544.82

3) Total gross receipts of $ 38,544.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $38,544.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,702,348.69 | $454,706.82 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,616.83 | 50,244.73 | 38,544.82 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 21,923.86 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,623.34 | 2,165.96 | 2,165.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,724,972.03 | $483,413.47 | $52,410.69 | $38,544.82 |

    4) This case was originally filed under Chapter 7 on June 11, 2009. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2011    By: /s/NORMAN NEWMAN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2601 Collins | 1110-000 | 38,538.56 |
| Interest Income | 1270-000 | 6.26 |
| **TOTAL GROSS RECEIPTS** | | **$38,544.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Miami-Dade County Tax Collector Unit | 4110-000 | N/A | 157,832.04 | 0.00 | 0.00 |
| 4 | PPTS 1 LLC | 4110-000 | N/A | 113,103.92 | 0.00 | 0.00 |
| 5 | Miami-Dade County Tax Collector Unit | 4110-000 | N/A | 163,732.07 | 0.00 | 0.00 |
| 6 | City of Miami Beach | 4800-000 | N/A | 17,259.22 | 0.00 | 0.00 |
| 7 | City of Miami Beach | 4800-000 | 2,348.69 | 2,400.00 | 0.00 | 0.00 |
| 8 | City of Miami Beach | 4800-070 | N/A | 379.57 | 0.00 | 0.00 |
| NOTFILED | Siegfried, Rivera, Lerner, De La Torre | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Broadway Bank | 4110-000 | 2,800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Broadway Bank | 4110-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Behar Law Firm | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jerry L Switzer Pulsinelli Shughart PC | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED Brian Schaer | 4110-000 | 1,500,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $4,702,348.69 | $454,706.82 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 4,604.48 | 4,604.48 | 0.00 |
| Much Shelist, et.al. | 3110-000 | N/A | 0.00 | 37,893.00 | 30,797.57 |
| Much Shelist, et.al. | 3120-000 | N/A | 0.00 | 269.65 | 269.65 |
| Miller Cooper & Co., Ltd. | 3410-000 | N/A | 0.00 | 7,045.25 | 7,045.25 |
| Miller Cooper & Co., Ltd. | 3420-000 | N/A | 0.00 | 420.00 | 420.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 9.46 | 9.46 | 9.46 |
| International Sureties, Ltd. | 2300-000 | N/A | 2.89 | 2.89 | 2.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,616.83 | 50,244.73 | 38,544.82 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Florida Department of Revenue | 5800-000 | N/A | 21,923.86 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 21,923.86 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dumore Supplies Inc. | 7100-000 | 476.28 | 476.28 | 476.28 | 0.00 |
| 3U | Florida Department of Revenue | 7100-000 | N/A | 1,689.68 | 1,689.68 | 0.00 |
| NOTFILED | Miami Beach Chamber Of Commerce | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyalty Travel Agency | 7100-000 | 11.61 | N/A | N/A | 0.00 |
| NOTFILED | HRS - Hotel Reservation Service | 7100-000 | 59.52 | N/A | N/A | 0.00 |
| NOTFILED | Greater Miami Convention & Visitors Bureau | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Miami-Dade County Tax Collector Local Business Tax | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Quill | 7100-000 | 1,587.81 | N/A | N/A | 0.00 |
| NOTFILED | Montrose Travel | 7100-000 | 58.76 | N/A | N/A | 0.00 |
| NOTFILED | TravelNow.Com | 7100-000 | 56.71 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power & Light Company General Mail | 7100-000 | 5,065.95 | N/A | N/A | 0.00 |
| NOTFILED | Weathertrol Maintenance Corp | 7100-000 | 1,395.45 | N/A | N/A | 0.00 |
| NOTFILED | Neutron Industries | 7100-000 | 12.22 | N/A | N/A | 0.00 |
| NOTFILED | Pegasus Solutions | 7100-000 | 867.81 | N/A | N/A | 0.00 |
| NOTFILED | AMS C/O JCDecaux Airport Inc | 7100-000 | 2,706.97 | N/A | N/A | 0.00 |
| NOTFILED | Ecolab | 7100-000 | 1,207.83 | N/A | N/A | 0.00 |
| NOTFILED | AAA Northern New England | 7100-000 | 85.86 | N/A | N/A | 0.00 |
| NOTFILED | Rosenfeld Stein Batta - Allan Stein Re: JCDecaux | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aspen Publishers, Inc | 7100-000 | 116.26 | N/A | N/A | 0.00 |
| NOTFILED | Booking.Com C/O ABC/Amega Inc | 7100-000 | 4,203.75 | N/A | N/A | 0.00 |
| NOTFILED | Atlanta Textile Distribution | 7100-000 | 1,418.14 | N/A | N/A | 0.00 |
| NOTFILED | CRS | 7100-000 | 21.80 | N/A | N/A | 0.00 |
| NOTFILED | Earthlink Inc | 7100-000 | 153.63 | N/A | N/A | 0.00 |
| NOTFILED | Commtrak | 7100-000 | 709.01 | N/A | N/A | 0.00 |
| NOTFILED | Easyres.Com Volksbank Bonn-Rhein-Sieg Eg | 7100-000 | 35.53 | N/A | N/A | 0.00 |
| NOTFILED | Coastal Facility Product Corporation | 7100-000 | 347.44 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 22,623.34 | 2,165.96 | 2,165.96 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-21255  
**Case Name:** 2601 ASSOCIATES, LLC

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/29/09 (c)  
**§341(a) Meeting Date:** 11/05/09

**Period Ending:** 09/26/11

**Claims Bar Date:** 03/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 2601 Collins | 5,800,000.00 | 1,100,000.00 | | 38,538.56 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.26 | FA |
| 2 | Assets   Totals (Excluding unknown values) | **$5,800,000.00** | **$1,100,000.00** | | **$38,544.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Preparing TFR.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2010     **Current Projected Date Of Final Report (TFR):**   July 20, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-21255  
**Case Name:** 2601 ASSOCIATES, LLC  

**Taxpayer ID #:** **-***5116  
**Period Ending:** 09/26/11

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****91-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/18/09 | | Bay Title Company | Sale of 2601 Collins, LLC | | | 38,538.56 | | 38,538.56 |
| | {1} | | | 5,950,000.00 | 1110-000 | | | 38,538.56 |
| | {1} | | Payoff of loan to Broadway Bank | -4,280,745.00 | 1110-000 | | | 38,538.56 |
| | {1} | | Payoff of loan to Brian Schaer | -1,394,780.00 | 1110-000 | | | 38,538.56 |
| | {1} | | Debit - Miscellaneous Claims | -60,000.00 | 1110-000 | | | 38,538.56 |
| | {1} | | State Tax/Stamps | -35,700.00 | 1110-000 | | | 38,538.56 |
| | {1} | | Surtax to Clerk of Circuirt Court | -26,775.00 | 1110-000 | | | 38,538.56 |
| | {1} | | Miscellaneous Recording Fees to Clerk of Court | -82.50 | 1110-000 | | | 38,538.56 |
| | {1} | | '07 Real Estate Taxes | -113,103.94 | 1110-000 | | | 38,538.56 |
| | {1} | | Courier Fees to Bay Title Co. | -75.00 | 1110-000 | | | 38,538.56 |
| | {1} | | Ecrow Fee | -200.00 | 1110-000 | | | 38,538.56 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.73 | | 38,539.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.51 | | 38,540.80 |
| 02/18/10 | 1001 | Much Shelist, et.al. | First Interim Compensation (10/2/09 through 12/30/09) | | 3110-000 | | 27,845.50 | 10,695.30 |
| 02/18/10 | 1002 | Much Shelist, et.al. | First Interim Expenses (10/2/09 through 12/20/09) | | 3120-000 | | 175.75 | 10,519.55 |
| 02/19/10 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #09-21255, Bond #016026455 | | 2300-000 | | 9.46 | 10,510.09 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.12 | | 10,511.21 |
| 03/16/10 | 1004 | Miller Cooper & Co., Ltd. | Retainer for Accounting Services | | 3410-000 | | 2,500.00 | 8,011.21 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.43 | | 8,011.64 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.05 | | 8,011.69 |
| 04/06/10 | | Wire out to BNYM account 9200******9165 | Wire out to BNYM account 9200******9165 | | 9999-000 | -8,011.69 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 30,530.71 | 30,530.71 | $0.00 |
| | | | Less: Bank Transfers | | | -8,011.69 | 0.00 | |
| | | | **Subtotal** | | | 38,542.40 | 30,530.71 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$38,542.40** | **$30,530.71** | |

{} Asset reference(s)

Printed: 09/26/2011 12:16 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-21255  
**Case Name:** 2601 ASSOCIATES, LLC  

**Taxpayer ID #:** **-***5116  
**Period Ending:** 09/26/11  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | 9999-000 | 8,011.69 | | 8,011.69 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 8,012.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 8,012.55 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.46 | | 8,013.01 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 8,013.48 |
| 08/18/10 | 11005 | Miller Cooper & Co., Ltd. | Final Fees for Services Rendered from 12/8/09-04/15/10 | 3410-000 | | 4,545.25 | 3,468.23 |
| 08/18/10 | 11006 | Miller Cooper & Co., Ltd. | Final Expenses for Services Rendered from 12/8/09-4/15/10 | 3420-000 | | 420.00 | 3,048.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 3,048.63 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,048.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,048.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,048.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,048.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,048.73 |
| 02/15/11 | 11007 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-21255, Bond #016026455 | 2300-000 | | 2.89 | 3,045.84 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,045.86 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,045.88 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,045.90 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,045.92 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,045.94 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,045.96 |
| 08/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 3,045.97 |
| 08/23/11 | | To Account #9200******9166 | Account Transfer | 9999-000 | | 3,045.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,014.11 | 8,014.11 | $0.00 |
| | | | Less: Bank Transfers | | 8,011.69 | 3,045.97 | |
| | | | **Subtotal** | | **2.42** | **4,968.14** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.42** | **$4,968.14** | |

{} Asset reference(s)

Printed: 09/26/2011 12:16 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-21255 | | **Trustee:** | NORMAN NEWMAN (330560) |
| **Case Name:** | 2601 ASSOCIATES, LLC | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******91-66 - Checking Account |
| **Taxpayer ID #:** | **-***5116 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/26/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/11 | | From Account #9200******9165 | Account Transfer | 9999-000 | 3,045.97 | | 3,045.97 |
| 08/23/11 | 101 | Much Shelist, et.al. | Dividend paid 100.00% on $269.65, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 93.90 | 2,952.07 |
| 08/23/11 | 102 | Much Shelist, et.al. | Dividend paid  81.27% on $37,893.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,952.07 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **3,045.97** | **3,045.97** | **$0.00** |
| Less: Bank Transfers | | 3,045.97 | 0.00 | |
| **Subtotal** | | **0.00** | **3,045.97** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$3,045.97** | |

Net Receipts :        38,544.82
───────────
Net Estate :        $38,544.82

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****91-65** | 38,542.40 | 30,530.71 | 0.00 |
| **MMA # 9200-******91-65** | 2.42 | 4,968.14 | 0.00 |
| **Checking # 9200-******91-66** | 0.00 | 3,045.97 | 0.00 |
| | $38,544.82 | $38,544.82 | $0.00 |

{} Asset reference(s)                                                                                                    Printed: 09/26/2011 12:16 PM     V.12.57